# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-mj-1679-CPT | **DATE:** | April 30, 2024 |
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | April Perry |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIANA L. FENTON-JOHNSON | | **LANGUAGE:** | ASL |
| | | **GOVERNMENT COUNSEL**<br>David Pardo, AUSA | |
| | | **DEFENSE COUNSEL**<br>Adam Allen, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** 2:27 PM – 2:41 PM | **TOTAL:** 14 Minutes | **PROBATION:** | |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE / BOND**

Defendant present         Arrested - April 30, 2024

INDICTMENT FILED AND COPIED TO DEFENDANT

Defendant advised of charges. Court summarized charges; court advises defendant of rule 5 rights.

Oral Motion for appointment of counsel. Oral motion granted; Court appoints Public Defender's office.

Oral Motion for ASL interpreter. Oral motion granted. Court appoints ASL interpreter.

Defendant waives identity hearing.

BOND: GOVERNMENT – Request a $10,00.00 unsecured bond and standard conductions of pretrial release.
         DEFENDANT – No Objection to release.

COURT: The Court releases the defendant on a $10,000.00 unsecured bond and standard conditions of pretrial release. The defendant shall provide proof of disability to pretrial services.

Arraignment is scheduled for May 13, 2024, at 10 am via Zoom in the charging district.