UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                      Case No. 8:24-mj-1679
                                            Charging District Case No. 24-cr-29

DIANA L. FENTON-JOHNSON
_____/


## ORDER OF REMOVAL

The Defendant having been apprehended in the Middle District of Florida on a warrant issued out of the Eastern District of Wisconsin and having been subsequently released on bond, it is hereby ORDERED:

1.     The Defendant shall personally appear before United States Magistrate Judge Stephen C. Dries on May 13, 2024, at 10:00 a.m. via Zoom video conference.

2.     The Defendant is warned that a failure to appear as directed shall constitute a violation of her pretrial release conditions.

SO ORDERED in Tampa, Florida, this 2nd day of May 2024.


HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge


Copies to:
Counsel of record